JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NADER ALENDARI, | No. ED CV 26-1794-E |
| Petitioner, | |
| v. | JUDGMENT |
| JAIME RIOS, ETC., ET AL., | |
| Respondents. | |

Pursuant to the "Order Granting Petition for Writ of Habeas Corpus," it is adjudged that: (1) Respondents must release Petitioner from detention immediately; and (2) Respondents are enjoined from re-detaining Petitioner unless such detention is ordered following an individualized custody determination before a neutral decisionmaker at which the Government bears the burden of proving, by clear and convincing evidence, that Petitioner poses an unacceptable danger to the community or an unacceptable flight risk.

DATED:  April 27, 2026.

_____
CHARLES F. EICK
UNITED STATES MAGISTRIATE JUDGE