**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NADER ALENDARI,<br><br>       Petitioner,<br><br>     v.<br><br>JAIME RIOS, ETC., ET AL.,<br><br>       Respondents. | No. ED CV 26-1794-E<br><br>ORDER GRANTING PETITION FOR<br><br>WRIT OF HABEAS CORPUS |

On April 10, 2026, Petitioner, a detainee of Immigration and Customs Enforcement ("ICE"), filed a "Petition for a Writ of Habeas Corpus, etc." ("the Petition"). The Petition contends, inter alia, that Petitioner's arrest and detention violated Petitioner's due process rights. The Petition seeks, inter alia, Petitioner's immediate release from detention and an injunction against re-detention without an individualized custody determination. On April 17, 2026, Respondents filed "Respondents' Answer to Petition for Writ of Habeas Corpus" ("the Answer"). The Answer states: "The Respondents are not presenting an opposition argument at this time." Petitioner did not file a timely Reply to the Answer.

Based on the factual allegations in the Petition, the Court finds that Petitioner's arrest and detention violated Petitioner's due process rights. Therefore, it is ordered that Judgment be entered: (1) requiring Respondents to release Petitioner from detention immediately; and

(2) enjoining Respondents from re-detaining Petitioner unless such detention is ordered following an individualized custody determination before a neutral decisionmaker at which the Government bears the burden of proving, by clear and convincing evidence, that Petitioner poses an unacceptable danger to the community or an unacceptable flight risk.

Dated: April 27, 2026.

CHARLES F. EICK
UNITED STATES MAGISTRIATE JUDGE

2